*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Henrietta Byrd Worrell
  Debtor(s)

Case No: 18–15993–elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the first
installment payment in the amount
of $77.50

will be held before the Honorable Eric L. Frank, United States Bankruptcy Court

on: 11/13/18

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 29, 2018

28
Form 175