United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-15993-elf
Henrietta Byrd Worrell                                              Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: jch              Page 1 of 1        Date Rcvd: Oct 29, 2018
                       Form ID: 175            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2018.
db             +Henrietta Byrd Worrell,   8621 Fayette Street,   Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2018 at the address(es) listed below:
      JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org
      KEVIN G. MCDONALD    on behalf of Creditor   Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2 bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                     TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Henrietta Byrd Worrell
    Debtor(s)

Case No: 18−15993−elf
Chapter: 13

## NOTICE OF SHOW CAUSE HEARING

To the debtor, debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing to show cause why

this case should not be dismissed
for failure to pay the first
installment payment in the amount
of $77.50

will be held before the Honorable Eric L. Frank ,United States Bankruptcy Court

on: 11/13/18

at: 10:00 AM

in: Courtroom #1, 900 Market Street, Philadelphia, PA 19107

For The Court

Timothy B. McGrath
Clerk of Court

Dated: October 29, 2018

28
Form 175