IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HENRIETTA BYRD WORRELL,  :    Case No. 18-15993-elf
                                :
        Debtor.                 :    Chapter 13

## ENTRY OF APPEARANCE

To the Court Clerk:

    Kindly enter my appearance on behalf of non-filing co-debtor and interested party Sean Logan.

Date 12/4/18                          /s/ Jennifer Schultz
                                          Jennifer Schultz, Esq.
                                          Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HENRIETTA BYRD WORRELL,  :   Case No. 18-15993-elf
:
Debtor.              :   Chapter 13

### CERTIFICATE OF SERVICE

I hereby certify that the forgoing Entry of Appearance and this Certificate of Service were served upon the following parties by first class mail pre-paid or electronic means on the date below:

Henrietta Byrd Worrell
8621 Fayette Street
Philadelphia, PA 19150

Joanne Werdel, Esq.
Via electronic filing


William C. Miller, Standing Trustee
Via electronic filing



Date 12/4/18                                    /s/ Jennifer Schultz
                                                                  Jennifer Schultz, Esq.
                                                                  Attorney for Debtor