# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                          Chapter 13

                          Bankruptcy No. 18-15993-ELF

HENRIETTA BYRD WORRELL

8621 FAYETTE STREET

PHILADELPHIA, PA 19150

    Debtor

## **CERTIFICATE OF SERVICE**

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HENRIETTA BYRD WORRELL

8621 FAYETTE STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

    JOANNE LOUISE WERDEL ESQ
    PHILADELPHIA LEGAL ASSISTANCE
    718 ARCH ST, SUITE 300N
    PHILA, PA 19106-

                                                /S/ William C. Miller

Date: 12/13/2018                               _____

                                                William C. Miller, Esquire
                                                Chapter 13 Standing Trustee