### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>   Henrietta Byrd Worrell<br>               Debtor<br>Citibank, N.A., not in its individual capacity,<br>but solely as trustee of NRZ Pass-Through<br>Trust VI c/o Fay Servicing, LLC<br>               Movant<br>             vs.<br>Henrietta Byrd Worrell and Sean Angelo Anthony Logan (Non-filing Co-Debtor)<br>             Debtors/Respondents<br>             and<br>William C. Miller, Esquire<br>             Trustee/Respondent | : Bankruptcy No. 18-15993-elf<br>: Chapter 13<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### **PRAECIPE TO WITHDRAW CERTIFICATION OF NO ANSWER OR RESPONSE TO MOTION FOR RELIEF FROM STAY**

TO THE CLERK:

     Please mark the Certification of No Answer or Response to Motion for Relief from Stay, filed on January 16, 2019 as Doc. #40, as withdrawn without prejudice.

                                Respectfully submitted,

                                /s/Danielle Boyle-Ebersole, Esquire
                                Danielle Boyle-Ebersole, Esquire
                                Hladik, Onorato & Federman, LLP
                                298 Wissahickon Avenue
                                North Wales, PA 19454
                                Phone 215-855-9521
                                Fax 215-855-9121

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15993-elf |
|    Henrietta Byrd Worrell | : Chapter 13 |
|         Debtor | : |
| Citibank, N.A., not in its individual capacity, | : |
| but solely as trustee of NRZ Pass-Through | : |
| Trust VI c/o Fay Servicing, LLC | : |
|         Movant | : |
|    vs. | : |
| Henrietta Byrd Worrell and Sean Angelo | : |
| Anthony Logan (Non-filing Co-Debtor) | : |
|         Debtors/Respondents | : |
|    and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

**CERTIFICATE OF MAILING**

    I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served a copy of the Praecipe to Withdraw the Objection to Confirmation of the Plan to the parties at the addresses shown below on January 17, 2019.

    The types of service made on parties were: <u>Electronic Notification and First-Class Mail</u>:

Joanne Louise Werdel, Esquire
Via Electronic Filing
*Attorney for Debtor*

William C. Miller, Esquire
Via Electronic Filing
*Trustee*

Henrietta Byrd Worrell
8621 Fayette Street
Philadelphia, PA 19150
Via First Class Mail
*Debtor*

Sean Angelo Anthony Logan
8621 Fayette Street
Philadelphia, PA 19150
Via First Class Mail
*Non-Filing Co-Debtor*

        <u>/s/Danielle Boyle-Ebersole, Esquire</u>
        Danielle Boyle-Ebersole, Esquire
        Hladik, Onorato & Federman, LLP
        298 Wissahickon Avenue
        North Wales, PA 19454
        Phone 215-855-9521
        Fax 215-855-9121