# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15993-elf |
|     Henrietta Byrd Worrell | : Chapter 13 |
|         Debtor | : |
| Citibank, N.A., not in its individual capacity, | : |
| but solely as trustee of NRZ Pass-Through | : |
| Trust VI c/o Fay Servicing, LLC | : |
|         Movant | : |
|         vs. | : |
| Henrietta Byrd Worrell and Sean Angelo | : |
| Anthony Logan (Non-filing Co-Debtor) | : |
|         Debtors/Respondents | : |
|         and | : |
| William C. Miller, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM STAY

    I, Danielle Boyle-Ebersole, counsel for Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

    WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: January 25, 2019

                                                          /s/Danielle Boyle-Ebersole, Esquire
                                                          Danielle Boyle-Ebersole, Esquire
                                                          Hladik, Onorato & Federman, LLP
                                                           Attorney I.D. # 81747
                                                          298 Wissahickon Avenue
                                                          North Wales, PA 19454
                                                          Phone 215-855-9521
                                                          Email: debersole@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15993-elf |
|     Henrietta Byrd Worrell | : Chapter 13 |
|               Debtor | : |
| Citibank, N.A., not in its individual capacity, | : |
| but solely as trustee of NRZ Pass-Through | : |
| Trust VI c/o Fay Servicing, LLC | : |
|               Movant | : |
|            vs. | : |
| Henrietta Byrd Worrell and Sean Angelo | : |
| Anthony Logan (Non-filing Co-Debtor) | : |
|            Debtors/Respondents | : |
|          and | : |
| William C. Miller, Esquire | : |
|            Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

    I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on January 25, 2019.

The types of service made on the parties were: <u>Electronic Notification and/ or First-Class Mail,</u> as noted below:

| | |
|---|---|
| Joanne Louise Werdel, Esquire<br>Via Electronic Filing<br>*Attorney for Debtor* | Henrietta Byrd Worrell<br>8621 Fayette Street<br>Philadelphia, PA 19150<br>Via First Class Mail<br>*Debtor* |
| Jennifer Schultz, Esquire<br>Via Electronic Filing<br>*Attorney for Non-Filing Co-Debtor* | Sean Angelo Anthony Logan<br>8621 Fayette Street<br>Philadelphia, PA 19150<br>Via First Class Mail<br>*Non-Filing Co-Debtor* |
| William C. Miller, Esquire<br>Via Electronic Filing<br>*Trustee* | |

Dated: 01/25/2019                              /s/Danielle Boyle-Ebersole, Esquire
                                                          Danielle Boyle-Ebersole, Esquire
                                                          Hladik, Onorato & Federman, LLP
                                                          Attorney I.D. # 81747
                                                          298 Wissahickon Avenue
                                                          North Wales, PA 19454
                                                          Phone 215-855-9521/Fax 215-855-9121