# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15993-elf |
|    Henrietta Byrd Worrell | : Chapter 13 |
|                 Debtor | : |
| Citibank, N.A., not in its individual capacity, | : |
| but solely as trustee of NRZ Pass-Through | : |
| Trust VI c/o Fay Servicing, LLC | : |
|                 Movant | : |
|    vs. | : |
| Henrietta Byrd Worrell and Sean Angelo | : |
| Anthony Logan (Non-filing Co-Debtor) | : |
|                 Debtors/Respondents | : |
|    and | : |
| William C. Miller, Esquire | : |
|                 Trustee/Respondent | : |

## ORDER

AND NOW, this  29th  day of ____January_____, 2018, upon the Motion of Movant, Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC, it is hereby:

**ORDERED** THAT: the Motion is **GRANTED**, and the automatic stay and co-Debtor stay under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code are **MODIFIED** with respect to the premises, 2036 Church Lane, Philadelphia, PA 19138 to permit the Movant to exercise its *in rem* remedies under applicable nonbankruptcy law with respect to the property.

FURHTER **ORDERED** THAT: Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors personal liability is discharged in this bankruptcy case.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**