United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-15993-elf
Henrietta Byrd Worrell                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jan 29, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 31, 2019.
db             +Henrietta Byrd Worrell,   8621 Fayette Street,    Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2019 at the address(es) listed below:
      DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
       but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC
       debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
      JENNIFER  SCHULTZ    on behalf of Interested Party Sean  Logan jschultz@clsphila.org
      JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org
      KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company formerly known
       as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                                                                                       TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 18-15993-elf |
|    Henrietta Byrd Worrell | : Chapter 13 |
|          Debtor | : |
| Citibank, N.A., not in its individual capacity, | : |
| but solely as trustee of NRZ Pass-Through | : |
| Trust VI c/o Fay Servicing, LLC | : |
|          Movant | : |
|      vs. | : |
| Henrietta Byrd Worrell and Sean Angelo | : |
| Anthony Logan (Non-filing Co-Debtor) | : |
|          Debtors/Respondents | : |
|    and | : |
| William C. Miller, Esquire | : |
|          Trustee/Respondent | : |

## ORDER

AND NOW, this 29th day of January, 2018, upon the Motion of Movant, Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC, it is hereby:

**ORDERED** THAT: the Motion is **GRANTED**, and the automatic stay and co-Debtor stay under 11 U.S.C. § 362 and § 1301 of the Bankruptcy Code are **MODIFIED** with respect to the premises, 2036 Church Lane, Philadelphia, PA 19138 to permit the Movant to exercise its *in rem* remedies under applicable nonbankruptcy law with respect to the property.

FURHTER **ORDERED** THAT: Movant may offer and provide Debtors with information re: a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors personal liability is discharged in this bankruptcy case.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**