United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henrietta Byrd Worrell  
       Debtor

Case No. 18-15993-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Antoinett     Page 1 of 1     Date Rcvd: Feb 26, 2019  
                      Form ID: trc       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.  
14229965        +Fay Servicing, LLC,    Bankruptcy Department,    3000 Kellway Dr., Ste 150,    Carrollton, TX 75006-3357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 25, 2019 at the address(es) listed below:  
       DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC      debersole@hoflawgroup.com,   bbleming@hoflawgroup.com  
       JENNIFER  SCHULTZ    on behalf of Interested Party Sean  Logan jschultz@clsphila.org  
       JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org  
       KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2      bkgroup@kmllawgroup.com  
       LISA  CANCANON    on behalf of Creditor    Land Home Financial Services, Inc. LisaC@w-legal.com  
       United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com  
                                                                                                               TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-15993-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Henrietta Byrd Worrell
8621 Fayette Street
Philadelphia PA 19150

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/25/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 4: Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 | Land Home Financial Services, Inc.<br>2001 Western Avenue, Suite 400<br>Seattle, WA 98121 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    02/28/19

Tim McGrath
**CLERK OF THE COURT**