## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    HENRIETTA BYRD WORRELL    :    Chapter 13
:
:
Debtor    :    Bankruptcy No.  18-15993 (ELF)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtor's First Amended Chapter 13 Plan was served electronically via the Court's ECF System and via first class mail on the following parties on the date and by the method indicated below:

Office of the United States Trustee for the
Eastern District of Pennsylvania
*(ECF Service on April 29, 2019)*

Danielle Boyle-Ebersole
Hladik, Onorato & Federman, LLP
298 Wissahickon Ave.
North Wales, PA 19454
*Counsel for Land Home Financial Servs.*
*(ECF Service on April 29, 2019)*

William Miller
Standing Chapter 13 Trustee for the Eastern
District of Pennsylvania
*(ECF Service on April 29, 2019)*

Flagstar Credit Acceptance
P.O. Box 3807
Coppell, TX 75019
(*Service by First Class Mail on April 29, 2019*)

Carrington Mortgage Services
1600 South Douglas Road
Anaheim, CA 92806
(*Service by First Class Mail on April 29, 2019*)

Kevin McDonald
KML Law Group
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Deutsche Bank*
*(ECF Service on April 29, 2019)*

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946
(*Service by First Class Mail on April 29, 2019)*

Pamela Thurmond
Tax and Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102
(*Service by First Class Mail on April 29, 2019)*

April 29, 2019  /s/ Joanne Werdel  
JOANNE WERDEL  
Attorney for Debtor  
Philadelphia Legal Assistance  
718 Arch Street, Suite 300N  
Philadelphia, PA 19106  
(215) 981-3858  
jwerdel@philalegal.org