United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-15993-elf
Henrietta Byrd Worrell                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2         User: PaulP              Page 1 of 1          Date Rcvd: Aug 20, 2019
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 22, 2019.
db             +Henrietta Byrd Worrell,    8621 Fayette Street,    Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2019 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JENNIFER  SCHULTZ    on behalf of Interested Party Sean  Logan jschultz@clsphila.org
              JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company formerly known
               as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2
               bkgroup@kmllawgroup.com
              LISA  CANCANON    on behalf of Creditor    Land Home Financial Services, Inc. LisaC@w-legal.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Henrietta Byrd Worrell<br>　　　　　　　　　Debtor | CHAPTER 13 |
| Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2<br>　　　　　　　　　Movant<br>　　vs. | NO. 18-15993 ELF |
| Henrietta Byrd Worrell<br>　　　　　　　　　Debtor<br><br>William C. Miller Esq.<br>　　　　　　　　　Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 20th day of Aug. , 2019 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

**ORDERED** THAT: The Motion for Relief from the Automatic Stay is **GRANTED** and the automatic stay under 11 U.S.C. Section 362, is **MODIFIED** with respect to the subject premises located at 8621 Fayette Street, Philadelphia, PA 19150 ("Property), so as to allow Movant, its successors or assignees, to proceed with its *in rem* rights and remedies under the terms of the subject Mortgage and pursue its *in rem* State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

Henrietta Byrd Worrell
8621 Fayette Street
Philadelphia, PA 19150

Joanne Louise Werdel
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532