IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HENRIETTA BYRD WORRELL, : | | Case No. 18-15993-elf |
| : | | |
| Debtor. : | | Chapter 13 |

## **WITHDRAWAL OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly withdraw my appearance on behalf of Sean Logan in the above-captioned matter.

Date: November 21, 2019     Signed: /s/ Jennifer Schultz
                                    Jennifer Schultz, Esquire
                                    Community Legal Services, Inc.
                                    1410 W. Erie Ave.
                                    Philadelphia, PA 19140
                                    Tel.: (215) 227-2400

## **ENTRY OF APPEARANCE**

TO THE CLERK OF THE COURT:

Kindly enter my appearance on behalf of Sean Logan in the above-captioned matter.

Date: November 21, 2019     Signed: /s/ Thu Tran
                                    Thu Tran, Esquire
                                    Community Legal Services, Inc.
                                    1410 W. Erie Ave.
                                    Philadelphia, PA 19140
                                    Tel.: (215) 227-2400

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HENRIETTA BYRD WORRELL,   :   Case No. 18-15993-elf
:
Debtor.   :   Chapter 13

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Entry of Appearance and this Certificate of Service were served upon the following parties by first class mail pre-paid or electronic means on the date below:

Henrietta Byrd Worrell
8621 Fayette Street
Philadelphia, PA 19150

Joanne Werdel, Esq.
Via electronic filing

William C. Miller, Standing Trustee
Via electronic filing

Date:   November 21, 2019          Signed:   /s/ Thu Tran
Thu Tran, Esquire
Community Legal Services, Inc.
1410 W. Erie Ave.
Philadelphia, PA 19140
Tel.: (215) 227-2400