IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   HENRIETTA BYRD WORRELL   :   Chapter 13
:
:
Debtor   :   Bankruptcy No. 18-15993 (ELF)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtor's Motion to Amend Confirmed Chapter 13 Plan and accompanying Notice of Motion was served electronically via the Court's ECF System and via first class mail on the following parties on the date and by the method indicated below:

Office of the United States Trustee for the
Eastern District of Pennsylvania
*(ECF Service on December 10, 2019)*

Danielle Boyle-Ebersole
Hladik, Onorato & Federman, LLP
298 Wissahickon Ave.
North Wales, PA 19454
*Counsel for Land Home Financial Servs.*
*(ECF Service on December 10, 2019)*

Lisa Cancanon
Land Home Financial Services, Inc.
2001 Western Avenue, Suite 400
Seattle, WA 98121
*(ECF Service on December 10, 2019)*

William Miller
Standing Chapter 13 Trustee for the Eastern
District of Pennsylvania
*(ECF Service on April 29, 2019)*

Flagstar Credit Acceptance
P.O. Box 3807
Coppell, TX 75019
*(Service by First Class Mail on December 10, 2019)*

Carrington Mortgage Services
1600 South Douglas Road
Anaheim, CA 92806
*(Service by First Class Mail on December 10, 2019)*

Kevin McDonald
KML Law Group
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Counsel for Deutsche Bank*
*(ECF Service on December 10, 2019)*

PA Department of Revenue
Bankruptcy Division
P.O. Box 280946
Harrisburg, PA 17128-0946
*(Service by First Class Mail on December 10, 2019)*

Pamela Thurmond
Tax and Revenue Unit
1401 JFK Blvd., 5th Floor
Philadelphia, PA 19102
*(Service by First Class Mail on December 10, 2019)*

December 10, 2019                              */s/ Joanne Werdel*
                                                                           JOANNE WERDEL
                                                                           Attorney for Debtor
                                                                           Philadelphia Legal Assistance
                                                                           718 Arch Street, Suite 300N
                                                                           Philadelphia, PA l9l06
                                                                           (2l5) 981-3858
                                                                           jwerdel@philalegal.org