# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HENRIETTA BYRD WORRELL | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 18-15993 (ELF) |
| | : | |
| | : | HEARING DATE: March 10, 2020: |
| | : | AT 1:00 p.m. COURTROOM #1 |
| | : | 2nd FLOOR, 900 MARKET STREET |
| | : | PHILADELPHIA, PA 19107 |

## NOTICE OF OBJECTION AND HEARING DATE

Please take notice that Debtor Henrietta Worrell has filed an Objection pursuant to Bankruptcy Rule 3007 objecting to Proof of Claim Number 5 filed by Flagstar Credit Acceptance in the amount of $14,870.69.

Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. If you do not want the Court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Eric Frank on **March 10, 2020 at 1:00 p.m. in Courtroom Number 1**, United States Bankruptcy Court, Eastern District of Pennsylvania, 900 Market Street, Philadelphia, PA 19107.

If you or your attorney do not attend the hearing on the objection, the Court may decide that you do not oppose the objection to your claim.

Date: January 15, 2020            */s/ Joanne Werdel*
                                  JOANNE WERDEL
                                  Philadelphia Legal Assistance
                                  718 Arch Street, Suite 300N
                                  Philadelphia, PA 19106
                                  (215) 981-3858
                                  jwerdel@philalegal.org
                                  *Attorney for Debtor*
                                  *Henrietta Worrell*