IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:    HENRIETTA BYRD WORRELL  : | Chapter 13 |
| : | |
| : | |
| Debtor                                            : | Bankruptcy No.  18-15993 (ELF) |

CERTIFICATE OF SERVICE

I hereby certify that a copy of the Debtor's Objection to Claim Number Five and accompanying Notice of Objection was served electronically via the Court's ECF System and via first class mail on the following parties on the date and by the method indicated below:

Office of the United States Trustee for the
Eastern District of Pennsylvania
*(ECF Service on January 15, 2020)*

William Miller
Standing Chapter 13 Trustee for the Eastern
District of Pennsylvania
*(ECF Service on January 15, 2020)*

Flagship Credit Acceptance
P.O. Box 3807
Coppell, TX 75019
(*Service by First Class Mail on January 15, 2020*)

January 15, 2020

*/s/ Joanne Werdel*
JOANNE WERDEL
Attorney for Debtor
Philadelphia Legal Assistance
718 Arch Street, Suite 300N
Philadelphia, PA 19106
(215) 981-3858
jwerdel@philalegal.org