# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: HENRIETTA BYRD WORRELL    :    Chapter 13
:
:
Debtor    :    Bankruptcy No. 18-15993 (ELF)

## [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2020, upon consideration of the Objection to Proof of Claim Number 5, it is hereby ORDERED and DECREED that the Objection is **SUSTAINED**.

1. Proof of Claim Number 5, filed by Flagship Credit Acceptance is disallowed as filed.

2. The total allowed secured claim of Flagship Credit Acceptance is $11,689.80.

**SO ORDERED**.

_____
The Honorable Eric Frank
United States Bankruptcy Judge