**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  HENRIETTA BYRD WORRELL        :        Chapter 13
                                      :
                                      :
            Debtor                    :        Bankruptcy No.  18-15993 (ELF)

**O R D E R**

AND NOW, this __13th__ day of __March__ 2020, upon consideration of the Objection to Proof of Claim Number 5, and after a hearing, it is hereby ORDERED that:

1. Proof of Claim Number 5, filed by Flagship Credit Acceptance is partially disallowed.

2. The total allowed secured claim of Flagship Credit Acceptance is $11,689.80.

**SO ORDERED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**