United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henrietta Byrd Worrell  
    Debtor

Case No. 18-15993-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Linda    Page 1 of 1    Date Rcvd: Mar 13, 2020  
                    Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.  
db        +Henrietta Byrd Worrell,    8621 Fayette Street,    Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14230248     +E-mail/Text: bankruptcy@flagshipcredit.com Mar 14 2020 03:44:08     FLAGSHIP CREDIT ACCEPTANCE,    P O BOX 3807,    COPPELL, TX 75019-5877  
                                                                                                                                                                                                                   TOTAL: 1

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020                                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:  
        DANIELLE   BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC    debersole@hoflawgroup.com,  pfranz@hoflawgroup.com  
        JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org  
        KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2    bkgroup@kmllawgroup.com  
        LISA   CANCANON    on behalf of Creditor    Land Home Financial Services, Inc. LisaC@w-legal.com  
        THU B. TRAN    on behalf of Interested Party Sean   Logan ttran@clsphila.org, trantr83434@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com  
                                                                                                                                                                                                                                                                                                    TOTAL: 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  HENRIETTA BYRD WORRELL | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.  18-15993 (ELF) |

**O R D E R**

AND NOW, this **13th** day of **March** 2020, upon consideration of the Objection to Proof of Claim Number 5, and after a hearing, it is hereby ORDERED that:

1. Proof of Claim Number 5, filed by Flagship Credit Acceptance is partially disallowed.

2. The total allowed secured claim of Flagship Credit Acceptance is $11,689.80.

**SO ORDERED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**