**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HENRIETTA BYRD WORRELL | : | |
| | : | |
|               Debtor | : | Bky. No. 18-15993 ELF |

# O R D E R

AND NOW, following a hearing on the Debtor's Motion to Modify Plan (Doc. # 93) ("the Motion"), and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Objection to the Motion filed by Flagship Credit Acceptance is **OVERRULED**.

2. The Trustee's Objection to the Motion is **TAKEN UNDER ADVISEMENT**.

3. **On or before May 26, 2020**, the Debtor and the Trustee shall submit memoranda in support of their respective positions regarding the proper methodology for calculating the chapter 13 trustee's compensation under 28 U.S.C. §586.

4. The parties may file responsive memoranda **on or before June 2, 2020**.

Date: May 5, 2020

                                            **ERIC L. FRANK**
                                            **U.S. BANKRUPTCY JUDGE**