United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henrietta Byrd Worrell  
       Debtor

Case No. 18-15993-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: PaulP    Page 1 of 1    Date Rcvd: May 06, 2020  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2020.  
db        +Henrietta Byrd Worrell,   8621 Fayette Street,   Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 08, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2020 at the address(es) listed below:

        DANIELLE BOYLE-EBERSOLE   on behalf of Creditor   Citibank, N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC  
         debersole@hoflawgroup.com, pfranz@hoflawgroup.com  
        JOANNE LOUISE WERDEL   on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org  
        KEVIN G. MCDONALD   on behalf of Creditor   Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2  
         bkgroup@kmllawgroup.com  
        KIMBERLY A. BONNER   on behalf of Creditor   Flagship Credit Acceptance kab@jsdc.com, jnr@jsdc.com  
        LISA CANCANON   on behalf of Creditor   Land Home Financial Services, Inc. LisaC@w-legal.com  
        THU B. TRAN   on behalf of Interested Party Sean   Logan ttran@clsphila.org, trantr83434@notify.bestcase.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com

                                        TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HENRIETTA BYRD WORRELL | : | |
| | : | |
|    Debtor | : | Bky. No. 18-15993 ELF |

# O R D E R

**AND NOW,** following a hearing on the Debtor's Motion to Modify Plan (Doc. # 93) ("the Motion"), and for the reasons stated in court, it is hereby **ORDERED** that:

1. The Objection to the Motion filed by Flagship Credit Acceptance is **OVERRULED**.

2. The Trustee's Objection to the Motion is **TAKEN UNDER ADVISEMENT**.

3. **On or before May 26, 2020**, the Debtor and the Trustee shall submit memoranda in support of their respective positions regarding the proper methodology for calculating the chapter 13 trustee's compensation under 28 U.S.C. §586.

4. The parties may file responsive memoranda **on or before June 2, 2020**.

Date: May 5, 2020

                                      **ERIC L. FRANK**
                                      **U.S. BANKRUPTCY JUDGE**