IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  HENRIETTA BYRD WORRELL | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.  18-15993 (ELF) |

## STIPULATION

William Miller, Trustee ("Trustee") and Henrietta Byrd Worrell, Debtor ("Debtor"), through their respective counsel, hereby stipulate and agree as follows:

1. Trustee withdraws his objection to Debtor's Motion to Modify the Confirmed Plan (Docket Number 93) and to Debtor's Proposed Third Amended Plan (Docket Number 98).

2. Trustee and Debtor agree that Court's briefing schedule, set by the Court on May 6, 2020, is now moot.

3. Trustee and Debtor agree that Debtor's Proposed Third Amended Plan (Docket Number 98), filed on April 30, 2020, with monthly payments to the trustee of $265.33, may be approved by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ LeRoy W. Etheridge, Esq.   for | /s/ Joanne Werdel |
| Leroy Etheridge | Joanne Werdel |
| Counsel for William Miller, Chapter 13 Trustee | Counsel for Debtor |

NO OBJECTION
*without prejudice to any
  trustee rights and remedies.