United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 18-15993-elf
Henrietta Byrd Worrell                                                      Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: PaulP              Page 1 of 1              Date Rcvd: Jun 16, 2020
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2020.
db             +Henrietta Byrd Worrell,    8621 Fayette Street,    Philadelphia, PA 19150-1903

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 16, 2020 at the address(es) listed below:
              DANIELLE  BOYLE-EBERSOLE    on behalf of Creditor    Citibank, N.A., not in its individual capacity,
               but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JOANNE LOUISE WERDEL    on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org
              KEVIN G. MCDONALD    on behalf of Creditor    Deutsche Bank National Trust Company formerly known
               as Bankers Trust Company of California, N.A., as Trustee of Vendee Mortgage Trust 1995-2
               bkgroup@kmllawgroup.com
              KIMBERLY A. BONNER    on behalf of Creditor    Flagship Credit Acceptance kab@jsdc.com,
               jnr@jsdc.com
              LISA  CANCANON    on behalf of Creditor    Land Home Financial Services, Inc. LisaC@w-legal.com
              THU B. TRAN    on behalf of Interested Party Sean  Logan ttran@clsphila.org,
               trantr83434@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
|    HENRIETTA BYRD WORRELL, | : | |
|       Debtor | : | Bky. No. 18-15993 ELF |

# O R D E R

AND NOW, upon consideration of the Debtor's Motion to Approve Mortgage Loan Modification ("the Motion") between the Debtor and **Deutsche Bank National Trust Co.** ("the Lender") (Doc. #105 ), and after notice and hearing, and there being no objection thereto, it is hereby **ORDERED** and **DETERMINED** that:

1. The Motion is **GRANTED**.

2. The Debtor is **AUTHORIZED** to enter into the loan modification transaction as set forth in the Motion and consummation of the transaction **SHALL NOT CONSTITUTE** a violation of the automatic stay, 11 U.S.C. §362(a).

3. If the loan modification provides for reinstatement of the loan account and the elimination of the pre-petition arrears, **THE TRUSTEE SHALL MAKE NO FURTHER DISTRIBUTION TO THE LENDER** on account of the Lender's claim for pre-petition arrears under the confirmed chapter 13 plan.

4. In all other respects, the confirmed plan remains **IN FULL FORCE AND EFFECT** and **THE TRUSTEE MAY DISTRIBUTE THE PLAN PAYMENTS ON ACCOUNT OF THE OTHER ALLOWED CLAIMS** as provided in the plan.

Date:  June 16, 2020

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE