# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-15993-ELF

HENRIETTA BYRD WORRELL

8621 FAYETTE STREET

PHILADELPHIA, PA 19150

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

HENRIETTA BYRD WORRELL

8621 FAYETTE STREET

PHILADELPHIA, PA 19150

Counsel for debtor(s), by electronic notice only.

JOANNE LOUISE WERDEL ESQ
PHILADELPHIA LEGAL ASSISTANCE
718 ARCH ST, SUITE 300N
PHILA, PA 19106-

Date: 12/22/2021

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee