IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: HENRIETTA BYRD WORRELL | : | Chapter 13 |
| | : | |
| Debtor | : | Bankruptcy No. 18-15993 (ELF) |
| | : | |
| | : | HEARING DATE: June 7, 2022: |
| | : | AT 1:00 p.m. |
| | : | TELEPHONIC HEARING |
| | : | |

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

Please take notice that Debtor Henrietta Worrell has filed a Motion for an Accounting.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 23, 2022 you or your attorney must do **all** of the following:

    a. File an answer explaining your position with:

    United States Bankruptcy Court
    Robert N.C. Nix Building
    900 Market Street, Suite 400
    Philadelphia, PA 19107-4299

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    b. mail a copy to the movant's attorney:

    Joanne Werdel
    Philadelphia Legal Assistance
    718 Arch Street, Suite 300N
    Philadelphia, PA 19106
    (215) 981-3858
    (215) 981-3870 (Fax)

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A telephonic hearing on the motion is scheduled to be held before the Honorable Eric Frank on June 7, 2022, at 1:00 p.m.  You may request an in-person hearing by contacting the Courtroom Deputy no later than the Monday prior to the hearing.  Please see Judge Frank's protocols for requesting an in person hearing:
https://www.paeb.uscourts.gov/sites/paeb/files/Hearing%20Protocols%20-%204-6-22.pdf

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: May 9, 2022

/s Joanne Werdel
JOANNE WERDEL
*Attorney for Debtor*
*Henrietta Byrd Worrell*