United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Henrietta Byrd Worrell  
    Debtor

Case No. 18-15993-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Feb 26, 2024      Form ID: 234      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henrietta Byrd Worrell, 8621 Fayette Street, Philadelphia, PA 19150-1903 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2024      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| JOANNE LOUISE WERDEL | on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| KEVIN G. MCDONALD | on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee of Vendee Mortgage Trust 1995-2 bkgroup@kmllawgroup.com |

District/off: 0313-2      User: admin      Page 2 of 2
Date Rcvd: Feb 26, 2024      Form ID: 234      Total Noticed: 1

KIMBERLY A. BONNER
on behalf of Creditor Flagship Credit Acceptance kab@jsdc.com  jnr@jsdc.com

LISA CANCANON
on behalf of Creditor Land Home Financial Services  Inc. LisaC@w-legal.com, Llombardi06@law.du.edu

MARK A. CRONIN
on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California  N.A., as Trustee of Vendee Mortgage Trust 1995-2 bkgroup@kmllawgroup.com

THU B. TRAN
on behalf of Interested Party Sean Logan ttran@clsphila.org  trantr83434@notify.bestcase.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Henrietta Byrd Worrell
      Debtor(s)

Case No:18−15993−pmm
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                             For The Court

                                             Timothy McGrath,
                                             Clerk of Court

Date: 2/26/24