United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-15993-pmm |
| Henrietta Byrd Worrell | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henrietta Byrd Worrell, 8621 Fayette Street, Philadelphia, PA 19150-1903 |
| 14213223 | + | Deutsche Bank National Trust Company, f/k/a Bankers Trust Company, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000 Philadelphia, PA 19106-1541 |
| 14278513 | + | Land Home Financial Services, Inc., 2001 Western Avenue, Suite 400, Seattle, WA 98121-3132 |
| 14194413 | + | Richard M. Squire and Associates, One Jenkintown Station, 115 West Ave., Suite 104, Jenkintown, PA 19046-2031 |
| 14242439 | + | Sean Loagan, c/o Jennifer Schultz, Esq., Community Legal Services North Philadelp, 1410 W. Erie Avenue, Philadelphia, PA 19140-4179 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 28 2024 00:47:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| 14228489 | + | Email/Text: g20956@att.com | Feb 28 2024 00:47:00 | AT&T MOBILITY II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 14194412 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 28 2024 00:46:00 | Carrington Mortgage Services, P.O. Box 79001, Phoenix, AZ 85062-9001 |
| 14233088 | | Email/Text: BKBCNMAIL@carringtonms.com | Feb 28 2024 00:46:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806 |
| 14278699 | | Email/Text: megan.harper@phila.gov | Feb 28 2024 00:47:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14194417 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:46:00 | Comenity Bank/ROAMANS, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14194418 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Feb 28 2024 00:46:00 | Comenity Capital/BLAIR, P.O. Box 29185, Shawnee Mission, KS 66201-9185 |
| 14194414 | | Email/Text: ECF@fayservicing.com | Feb 28 2024 00:46:00 | Fay Servicing, LLC, 440 S. LaSalle St., Suite 2000, Chicago, IL 60605 |
| 14229965 | | Email/Text: ECF@fayservicing.com | Feb 28 2024 00:46:00 | Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 |
| 14230248 | + | Email/Text: bankruptcy@flagshipcredit.com | Feb 28 2024 00:47:00 | FLAGSHIP CREDIT ACCEPTANCE, P O BOX 3807, COPPELL, TX 75019-5877 |
| 14194419 | | Email/Text: bankruptcy@flagshipcredit.com | Feb 28 2024 00:47:00 | Flagship Credit Acceptance, 3 Christy Dr., Suite 201, Chadds Ford, PA 19317-9670 |
| 14194439 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 28 2024 00:46:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14202743 | | Email/Text: BankruptcyECFMail@mccalla.com | Feb 28 2024 00:46:00 | Fay Servicing, LLC, C/O Maria Tsagaris, 1544 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 27, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 14233019 | + | Email/Text: bankruptcydpt@mcmcg.com | | Old Alabama Road, Roswell, GA 30076 |
| | | | Feb 28 2024 00:47:00 | Midland Credit Management, Inc. as agent for, Asset Acceptance LLC, PO Box 2036, Warren, MI 48090-2036 |
| 14195134 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 28 2024 01:15:19 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14209525 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Feb 28 2024 00:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14195741 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Feb 28 2024 00:50:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, attn: Valerie Smith, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 29, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2024 at the address(es) listed below:

**Name**  **Email Address**

DANIELLE BOYLE-EBERSOLE
on behalf of Creditor Citibank N.A., not in its individual capacity, but solely as trustee of NRZ Pass-Through Trust VI c/o Fay Servicing, LLC dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com

JOANNE LOUISE WERDEL
on behalf of Debtor Henrietta Byrd Worrell jwerdel@philalegal.org

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

KENNETH E. WEST
on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com

KEVIN G. MCDONALD
on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee of Vendee Mortgage Trust 1995-2 bkgroup@kmllawgroup.com

KIMBERLY A. BONNER
on behalf of Creditor Flagship Credit Acceptance kab@jsdc.com jnr@jsdc.com

LISA CANCANON

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 27, 2024 | Form ID: 138OBJ | Total Noticed: 22 |

on behalf of Creditor Land Home Financial Services Inc. LisaC@w-legal.com, Llombardi06@law.du.edu

MARK A. CRONIN

on behalf of Creditor Deutsche Bank National Trust Company formerly known as Bankers Trust Company of California N.A., as Trustee of Vendee Mortgage Trust 1995-2 bkgroup@kmllawgroup.com

THU B. TRAN

on behalf of Interested Party Sean Logan ttran@clsphila.org trantr83434@notify.bestcase.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Henrietta Byrd Worrell

        Debtor(s)                                                       Case No: 18−15993−pmm

                                                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                 Suite 400
                           Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/27/24

                                                                                                                          142 − 140
                                                                                                                     Form 138OBJ